Northern District Of Ohio
U.S. Bankruptcy Court
Fed Bldg & US Courthouse
10 East Commerce Street
Youngstown, OH 44503
**Case No. 07−40721−kw**

**In re:**

James Fay Parker                             Dawn Lynn Parker
13740 St Rt 7                                13740 St Rt 7
Lisbon, OH 44432                             Lisbon, OH 44432

**Social Security No.:**
xxx−xx−2944                                  xxx−xx−9040


### FINAL DECREE


The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐  The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑  Michael A. Gallo is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑  The Chapter 13 case of the debtor(s) is closed; and

☐  Other provisions as needed.


**Dated:** June 11, 2010                     /s/ Kay Woods
Form ohnb136                                 United States Bankruptcy Judge